ALPHONZO J. ALDRICH, Respondent, *v.* THE HOME INSURANCE COMPANY, Appellant.

(Argued October 13, 1887; decided October 28, 1887.)

*I. N. Ames,* for appellant.

*Daggett & Norton* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

HORACE B. CLAFLIN et al., Respondents, *v.* WESLEY MILSPAW et al., Appellants.

(Argued October 13, 1887; decided October 28, 1887.)

*A. Hazeltine* for appellants.

*A. C. Wade* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

ELLEN URQUHART, Respondent, *v.* CITY OF OGDENSBURGH, Appellant.

(Argued March 18, 1887; decided November 29, 1887.)

*Edward C. James* for appellant.

*Leslie W. Russell* for respondent.

Agree to affirm; no opinion.
All concur, except EARL, FINCH and PECKHAM, JJ., dissenting.
Judgment affirmed.